IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
YAQUB YAQUB, et al.,                    No. C 13-3161 CW

          Plaintiffs,                   ORDER DENYING
                                        MOTION TO REMAND
     v.                                 (Docket No. 17)

MCKESSON CORPORATION & SMITHKLINE
BEECHAM CORPORATION,

          Defendants.
_____/
```

On July 25, 2013, this action was stayed pending transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871. Nevertheless, on August 8, 2013, Plaintiffs filed a motion to remand.

Plaintiffs' motion to remand is DENIED without prejudice to refiling the motion after this case is transferred to MDL 1871 or after the stay is lifted. The parties shall not file any additional motions during the pendency of the stay.

IT IS SO ORDERED.

Dated: 8/12/2013

CLAUDIA WILKEN
United States District Judge